UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINNFRED WRIGHT, | No. C 06-113 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DAVID G. ADAMS, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED:   October 22, 2007

Marilyn Hall Patel
United States District Judge